## MILLER v. SUPERINTENDENT OF SPRING GROVE STATE HOSPITAL

[H. C. No. 21, October Term, 1953.]

*Decided December 1, 1953.*

Before SOBELOFF, C. J., DELAPLAINE, COLLINS, HENDERSON and HAMMOND, JJ.

HENDERSON, J., delivered the opinion of the Court.

This is an application for leave to appeal from a denial of a writ of *habeas corpus.* Petitioner has been denied two prior applications for leave to appeal from denials of the writ. *Miller v. Superintendent,* 190 Md. 741; 198 Md. 659, 80 A. 2d 898. All of the points now raised were considered in the previous appeals and found without merit.

*Application denied, with costs.*